IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TOMMIEL CLAIBORNE**                                              **PETITIONER**

**v.**                                                  **CIVIL ACTION NO. 5:17-CV-103-KS-LRA**

**WARDEN F. SHAW**                                               **RESPONDENT**

## **ORDER**

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations ("Report and Recommendation") of the United States Magistrate Judge entered herein on May 31, 2018, after referral of hearing by this Court, no objections having been filed as to the Proposed Findings of Fact and Recommendations, and the Court, having fully reviewed the same, as well as the record in this matter, and being duly advised in the premises, finds that said Proposed Findings of Fact and Recommendations should be adopted as the opinion of this Court.

      **IT IS THEREFORE ORDERED** that the Proposed Findings of Fact and Recommendations be, and the same hereby are, adopted as the finding of this Court, and the complaint is hereby dismissed with prejudice. A separate judgment will be entered here in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

      **SO ORDERED**, this the 5th day of July, 2018.

                                                                          */s/ Keith Starrett*
                                                                          KEITH STARRETT
                                                                          UNITED STATES DISTRICT JUDGE